**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1195**

JOHN ROBERT DEMOS, JR.,

            Plaintiff - Appellant,

        v.

DANIEL PAYSEUR; WACHOVIA BANK & TRUST COMPANY; FIRST CHARTER
BANK; BANK OF AMERICA,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
Chief District Judge.  (5:10-cv-00011-FL)

Submitted:  April 27, 2010              Decided:  May 19, 2010

Before MOTZ, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Robert Demos, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Robert Demos, Jr., appeals the district court's order dismissing this action pursuant to 28 U.S.C. § 1915(g) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Demos v. Payseur, No. 5:10-cv-00011-FL (E.D.N.C. Jan. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2